AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### ANDERSON/GREENWOOD DIVISION

Marketta Anita Ragin

**JUDGMENT IN A CIVIL CASE**

vs.

Case Number: 8:08-1033-HFF

Southern Wesleyan University

**[X]**     **Decision on the Record.**   This action came before the court on the record. The issues have been reviewed and a decision rendered.

     **IT IS ORDERED AND ADJUDGED** that this case be dismissed without prejudice

and without issuance and service of process.


LARRY W. PROPES, Clerk


By: **s/Angela Lewis**
    Deputy Clerk

May 23, 2008